UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.

      Case No. 1:06:CR:142

      HON. GORDON J. QUIST

DONYEA ROBERTSON,

      Defendant.
_____/

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed November 3, 2006, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Donyea Robertson's plea of guilty to Counts 1 and 2 of the Indictment is accepted. Defendant Donyea Robertson is adjudicated guilty and bond will be revoked at the time of reporting.

3. Defendant Donyea Robertson shall report to the United States Marshal in Grand Rapids, Michigan, at **2:00 PM, Tuesday, December 12, 2006**. Defendant Donyea Robertson shall be detained pending sentencing.

4. A decision of whether to accept the oral plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: November 27, 2006

      /s/ Gordon J. Quist
      GORDON J. QUIST
      UNITED STATES DISTRICT JUDGE